IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. DiCARLO** | ) | |
| | ) | Civil Action No. 06-1259 |
| Plaintiff, | ) | |
| | ) | **JUDGE LANCASTER** |
| v. | ) | **MAGISTRATE JUDGE CAIAZZA** |
| | ) | |
| **AMERITOURS, INC.** | ) | |
| | ) | **Electronically Filed** |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED, WITH PREJUDICE**, each party to bear its own fees and costs.

Date: 1/4/07

_____
Gary L. Lancaster, Judge